**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO BUENROSTRO TORRES,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; et al.,<br><br>                              Respondents. | Case No.:  26cv2739 DMS (DDL)<br><br>**ORDER DISMISSING CASE AS MOOT** |

In light of Petitioner's Notice to Court Regarding Detention Status of Petitioner, the Court dismisses this case as moot.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

1

26cv2739 DMS (DDL)